8

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. CHARLES LEWIS, Defendant-Appellant.

(No. 57881;

First District (2nd Division)—October 16, 1973.

PER CURIAM.
LEIGHTON, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, (Steven Clark, Assistant Appellate Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.